No. 507. AMERICAN ALKALI COMPANY, ETC., PETITIONER, *v.* PEDRO G. SALOM. February 20, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for

642

OCTOBER TERM, 1904.

Cases Disposed of Without Consideration by the Court. 196 U. S.

the Third Circuit denied. *Mr. Reynolds D. Brown* for petitioner. *Mr. Joseph C. Fraley* for respondent.